| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys for Secured Creditor,<br>Seterus, Inc. as authorized subservicer for<br>Federal National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc.<br><br>By: Patrick O. Lacsina, Esq. (PL-8985) | Case No.: 16-11309-ABA<br><br>Chapter 13<br><br>Hearing Date: July 26, 2016<br><br>Judge: Andrew B. Altenburg Jr. |
| In Re:<br>John M. Hughes and Leona E. Hughes<br><br>Debtor(s) | |

## NOTICE OF MOTION
## FOR RELIEF FROM AUTOMATIC STAY

| | | |
|---|---|---|
| William B. Sanderson, Jr.<br>Spear, Wilderman<br>1040 Kings Hwy North<br>Suite 202<br>Cherry Hill, NJ 08034 | Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | John M. Hughes<br>8 Andes Trail<br>West Berlin, NJ 08091<br><br>Leona E. Hughes<br>8 Andes Trail<br>West Berlin, NJ 08091 |

Seterus, Inc. as authorized subservicer for Federal National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. has filed papers with the Court for relief from the Automatic Stay **and to reinstate case, if applicable** and allowing the secured creditor to continue its foreclosure action.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant relief from the Automatic Stay and/or to reinstate case and allow the secured creditor to continue its foreclosure action or you want the Court to consider your views on the motion, then on or before July 19, 2016.

1. You or your attorney must file a written answer, explaining your position at:

   U.S. Post Office and Courthouse
   401 Market Street
   Camden, NJ 08101
   Courtroom 4B

2. If you mail your responses to the Court for filing, you must mail it early enough so the Court will

   receive it on or before the date stated above.

3. You must also mail a copy to:

   Patrick O. Lacsina, Esq.
   RAS Citron, LLC
   130 Clinton Road, Suite 202
   Fairfield, NJ 07004

4. You must also attend the hearing scheduled for July 26, 2016 at 10:00 a.m. in the courtroom of

   The Honorable Andrew B. Altenburg Jr.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief

sought in the motion and may enter the order granting relief.


                                                **RAS Citron, LLC**
                                                Attorneys for Secured Creditor

Dated: July 5, 2016                          By: /s/ Patrick O. Lacsina, Esq.
                                                Patrick O. Lacsina, Esq.